UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
**Case Number: 1:14-cv-22663-KMW**

| | |
|---|---|
| ADRIENNE BOWMAN, Individually, | : : : |
| Plaintiff, | : |
| v. | : : |
| COLONIAL DRIVE SHOPPING PLAZA, LLC, a Florida Limited Liability Company, ISLAND'S PARADISE RESTAURANT & ROTI SHOP, INC., d/b/a EL DOS RUEDAS, a Florida for profit Corporation, AUDREY C. NEWBURN as Trustee for the AUDREY C. NEWBURN REVOCABLE LIVING TRUST, THE AUDREY C. NEWBURN REVOCABLE LIVING TRUST, and FOOD ZONE 119, INC., d/b/a FOOD ZONE FOOD STORE, a Florida for profit Corporation, | : : : : : : : : : |
| Defendant(s). | : |
| _____ / | |

## NOTICE OF SETTLEMENT

The Plaintiff, ADRIENNE BOWMAN, and the Defendant, COLONIAL DRIVE SHOPPING PLAZA, LLC, (collectively the "Parties"), hereby notify the Court that a settlement has been reached, by and between the Parties. The Parties are in the process of preparing and executing settlement documents, and they anticipate filing a Stipulation For Dismissal, as to Defendant, COLONIAL DRIVE SHOPPING PLAZA, LLC, to properly dispose of this action.

In view of the Parties settlement, the Parties request up and until January 31, 2015 to file all necessary motions or stipulations to have the Court retain jurisdiction over the Parties settlement agreement, and dismiss this cause of action as to Defendant, COLONIAL DRIVE

1

SHOPPING PLAZA, LLC.

| | |
|---|---|
| Date: December 30, 2014 | By: /s/ Camilo F. Ortega<br>Camilo F. Ortega, Esq.,<br>(Florida Bar No: 75387)<br>Of Counsel to the Law Offices of<br>Thomas B. Bacon Law<br>**THE LAW CENTER**<br>1888 NW 7 Street<br>Miami, FL 33125<br>Phone: (786)-452-9709<br>Fax: (305)-643-3334<br>E-Mail: camilo@thomasbaconlaw.com<br>Counsel for the Plaintiff |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that on this 30th day of December, 2014, I electronically filed the forgoing document with the Clerk of the Court using the Court's CM/ECF system. I Further certify that the foregoing document is being served on all *pro se* Defendants identified on the attached service list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner of those counsels or parties who are not authorized to receive electronic Notice of Filing.

By: /S/ Camilo F. Ortega
Camilo F. Ortega, Esq.

## SERVICE LIST
Case Number: 1:14-cv-22663-KMW

**Served *via* CM/ECF**
Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 SW 103rd Ave
Cooper City, Florida 33328
Telephone: (954) 478-7811
Facsimile: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com
Counsel for the Plaintiff

**Served *via* CM/ECF**
Yasir Billo, Esq.,
Golden & Grimes, LLP
9350 S Dixie Hwy PH 2
Miami, Florida 33156-2900
Telephone: (305) 670-4421
Fax: (305) 670-4353
E-Mail: ybilloo@goldengrimes.com
Counsel for the Defendants

2

Colonial Drive Shopping Plaza, LLC, and
Food Zone 119, Inc.

**Service by U.S. Mail**
Audrey C. Newburn
As Trustee for the Audrey C. Newburn,
Revocable Living Trust, and
Audrey C. Newburn Revocable Living Trust
7840 SW 129th Terrace
Pincrest Florida, 33156

**Service by U.S. Mail**
Island's Paradise Restaurant
& Roti Shop, Inc., d/b/a
El Dos Ruedas
Registered Agent
Garcia Aneley
9561 SW 160 Street
Miami, Florida 33157

3